IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERRY MADSEN,            )<br>                                           )<br>            Plaintiff,         )<br>                                           )<br>      vs.                             )<br>                                           )<br>DAVID ROTH; STEVEN COUFAL,   )<br>DONALD L. SMITHEY, and       )<br>OMAHA AIRPORT AUTHORITY,    )<br>                                           )<br>            Defendants.    ) | Case No. 8:10CV420<br><br><br>**ORDER** |

Upon notice of settlement through mediation given to the magistrate judge by Christopher Hoyme, counsel for Defendants,

**IT IS ORDERED:**

1. On or before **May 3, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 3rd day of April 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge